(No. 82-CC-0792-)

JOSEPH R. CONNOLLY, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed January 3, 1983.*

SCANLAN AND HARTIGAN, LTD., for Claimant.

TYRONE C. FAHNER, Attorney General (PAUL M. SENGPIEHL, Assistant Attorney General, of counsel), for Respondent.

POCH, J.

This matter comes before the Court upon the joint stipulation of Claimant and Respondent to the granting of a settlement in the amount of $2,500.00 without a finding of State liability. The Court being otherwise duly advised in the premises, therefore,

It is hereby ordered that a settlement amount be entered in favor of Claimant, Joseph R. Connolly, in the amount of $2,500.00 (twenty five hundred dollars) in full and final satisfaction of this matter.